**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01104-REB

MEEDER ASSET MANAGEMENT, INC., and
MEEDER FINANCIAL, INC.,

     Petitioners,

v.

ICON ADVISERS,INC.,
ICON DISTRIBUTORS, INC., and
ICON MANAGEMENT & RESEARCH CORPORATION,

     Respondents.

**MINUTE ORDER[1]**

     The matter is before the court on respondent **ICON's Motion For Leave To File Surreply** [#17] filed June 21, 2012.  The motion is **GRANTED** and **ICON's Surreply in Opposition To Petitioner's Motion To Vacate Arbitration Award** [#17-1] is accepted for filing.

     Dated:  June 22, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.