**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-01104-REB

ADVISER DEALER SERVICES, INC.,
MEEDER ASSET MANAGEMENT, INC., and
MEEDER FINANCIAL, INC.,

      Petitioners,

v.

ICON ADVISERS, INC.,
ICON DISTRIBUTORS, INC., and
ICON MANAGEMENT & RESEARCH CORPORATION,

      Respondents.

---

**FINAL JUDGMENT**

---

      This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in

accordance with the **Order** [#19] entered by Judge Robert E. Blackburn on March 27,

2013, which order is incorporated herein by this reference.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Motion To Vacate Arbitration Award** [#5] filed April 26, 2012, is

**DENIED IN PART AND GRANTED IN PART**:

      A.  That the motion is **DENIED** insofar as it requests vacatur of the FINRA

dispute Resolution Award of nominal damages of $250,000, which award is affirmed;

and

      B.  That the motion is **GRANTED** insofar as it requests vacatur of the

FINRA dispute Resolution Award of attorney fees of $164,170, which award is vacated;

and

2.  That, accordingly, **JUDGMENT IS HEREBY ENTERED**.


DATED at Denver, Colorado, this 27th day of March, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Edward P. Butler
        Edward P. Butler
        Deputy Clerk

BY THE COURT:

Robert E. Blackburn
United States District Judge